# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

CRAIG *et al.* v. DOUGHERTY *et al.*

*Appeal from Henry District Court — Wednesday, July 31.*

THE judgment of the court below in this case was affirmed as being sustained by the evidence, LOWE, Ch. J., delivering the opinion.

*Withrow & Wright* for the appellant — *L. G. Palmer* for the appellees.

FOOR v. HAMILTON.

PETITION in chancery seeking a conveyance from defendant of certain real estate. The case involved no questions of law, but turned entirely upon its facts. The judgment of the court below, with a slight modification in favor of plaintiff, was affirmed as being sustained by the evidence, DILLON, J., delivering the opinion of the court.

*D. C. Cloud* (with whom *Jno. Bird* and *Hurley & Edwards*) for the appellant — *J. Tracey* (with whom *D. N. Sprague*) for the appellee.

PETERS *et al.* v. PRESTON *et al.*

*Appeal from Jones District Court — Wednesday, July 31.*

IN 1855, one Landis executed to Reed Bros. & Co., a note and a deed of trust on certain real estate to secure it. In 1858 the deed of trust was foreclosed by suit, special execution issued and the land was